## CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Dondell Davidson#90785-053

**Full Name of Plaintiff**  **Inmate Number**

v.

United States of America

**Name of Defendant 1**

Dr. David J. Ball

**Name of Defendant 2**

**Name of Defendant 3**

**Name of Defendant 4**

**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil No. _____

(to be filled in by the Clerk's Office)

(X ) Demand for Jury Trial

(__) No Jury Trial Demand

**FILED**

HARRISBURG, PA

MAY 20 2022

PER_____05_____

DEPUTY CLERK

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

_X_    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

_X_    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II.    ADDRESSES AND INFORMATION

### A.    PLAINTIFF

Davidson Dondelh

Name (Last, First, MI)

90785-053

Inmate Number

FCI Allenwood Medium

Place of Confinement

P.O. Box. 2000          –

Address

White Deer, PA. 17887

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

____    Pretrial detainee

____    Civilly committed detainee

____    Immigration detainee

____    Convicted and sentenced state prisoner

_X_    Convicted and sentenced federal prisoner

### B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:  United States

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 2:  Retired Dr. David J. Ball

Name (Last, First)

    Address Unknown

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 3:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

### III.    STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

This occurred in FCI Allenwood Medium Block 3A Hanicap shower on 4-2-20. While going to take a shower I slip and fell then I felt my bone moving in right ankle with sharp stabbing pain.

B.    On what date did the events giving rise to your claim(s) occur?

On. 4-2-20

C.    What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

Upon felling in Handicap shower after suffering sharp stabbing pain in right-ankle. I didn't be able to see medical staff until 14 hours later from the incident on 4-2-20. Thereafter X-Ray shown I broke my right ankle in two places that resulted to bi-malleolar fracture. Surgery was perform on April 17, 2020 by Dr. Ball outside contractor at Geisinger Hospital. Furthermore this were the BOP Breach of Care § 4042(a)(2) denying proper medical treatment, sanitary condition an AsPlaintiff to receive total 4 operation because the bolt kept getti loose. Which Plaintiff to undergo pain each after recovery. Now this follow in Carelessness, Recklessness and Negligence as well as Delay Damages should follow. After receiving operation for one year and st right ankle is permanent deformity as size of of a Baseball in full Dimension. Plaintiff further suffer lost of enjoyment.

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Plaintiff sustain multiple operation in right ankle and still suffer Deliberate Indifference and Negligence. As Right Ankle is size of baseball in full dimension and was never like this until I receive multiple operation by "United States" Dr. Ball. See(Balter v. United States, No. 3:09-cv-1409, 2014 U.S. Dist. Lexis 48594, 2014 WL 1365905, at *25(MD PA. April 7, 2014);See (McLean v. United States, 2016 U.S. Dist. Lexis 16706(M.D. PA. Feb. 11, 2016)(Credibility Issue); Expert testimony is unnecessary under 1042.3(a)(3); See(Smith v. Friends Hospital, 2007 PA. Super 188, 928 A. 2d 1072, 1074-75(PA Super. ct. 2007)(quoting PA. R. Ci' 1042.3). BP-11 #1013563-A5 Exhausted 10-8-21.

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Right-Ankle permanent damage after 4 operation and still deformity then ankle is the size of Baseball full dimension.

## VI.   RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

1.5 Million Dollars.

Fcs Allen wood meD
P. O. Box 2000   3A
White Deer, PA 17887



TO: Clerk of Court
228 Walnut Street
Harrisburg, PA 17101

ALLENWOOD FEDERAL CORRECTIONAL INSTITUTION
WHITE DEER, PA 17887-2500

DATE  MAY 1 ? 2022

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER ENCLOSES
CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.

RECEIVED
HARRISBURG, PA

MAY 20 2022

PER _____
    DEPUTY CLERK