

UNITED STATES DISTRICT COURT
H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET, SUITE 101
HARRISBURG, PA 17102

OFFICIAL BUSINESS

D. INSUFFICIENT ADDRESS
D. ATTEMPTED NOT KNOWN
D. NO SUCH NUMBER STREET
D. NOT DELIVERABLE AS ADDRESSED
D. UNABLE TO FORWARD
D. VACANT
D. DECEASED
D. TEMPORARILY AWAY   NO MAIL RECEPTACLE

Bloomburg

FIRST-CLASS

ZIP 17102  $ 001.83
02 7W
0008028836 OCT 23 2023

RECEIVED
HARRISBURG, PA

NOV 01 2023

PER _____
DEPUTY CLERK

Dr. David J. Ball
2701 Columbia Blvd Ste-A
Bloomburg, PA   17815-8809

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONDELL DAVIDSON,                      :
    Plaintiff                          :
                                       :          No. 1:22-cv-00746
    v.                                 :
                                       :          (Judge Kane)
UNITED STATES OF                       :
AMERICA, et al.,                       :
    Defendants                         :

## ORDER

**AND NOW**, on this 20th day of October 2023, upon consideration of the docket in the

above-captioned action, which reflects that the waiver of service of summons for Defendant Dr.

David J. Ball ("Ball") was returned unexecuted with a notation that Defendant Ball is not a

Federal Bureau of Prisons employee and, thus, service "cannot" be waived for him (Doc. No. 27

at 1), **IT IS ORDERED THAT** the Clerk of Court is directed to **MAIL** a copy of the complaint

(Doc. No. 1), notice of lawsuit and request to waive service of summons (form AO 398), waiver

of service of summons (form AO 399), and this Order on Defendant Ball at the following

address: 2701 Columbia Blvd Ste-A Bloomburg, Pennsylvania 17815-8809.  (Doc. No. 24.)  In

the interest of efficient administrative judicial economy, the Court requests that Defendant Ball

waive service pursuant to Federal Rule of Civil Procedure 4(d).


                                      s/ Yvette Kane_____
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania

CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dondell Davidson#90785-053 | : | |
| **Full Name of Plaintiff    Inmate Number** | : | |
| | : | Civil No. _____ |
| v. | : | (to be filled in by the Clerk's Office) |
| | : | |
| United States of America | : | ( X ) Demand for Jury Trial |
| **Name of Defendant 1** | : | (___) No Jury Trial Demand |
| | : | |
| Dr. David J. Ball | : | |
| **Name of Defendant 2** | : | |
| | : | |
| _____ | : | |
| **Name of Defendant 3** | : | |
| | : | **FILED** |
| _____ | : | HARRISBURG, PA |
| **Name of Defendant 4** | : | |
| | : | MAY 20 2022 |
| _____ | : | PER _____ O.S. |
| **Name of Defendant 5** | : | DEPUTY CLERK |
| (Print the names of all defendants. If the names of all | : | |
| defendants do not fit in this space, you may attach | : | |
| additional pages. Do not include addresses in this | : | |
| section). | : | |

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

_____   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

_X_   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
(1971) (federal defendants)

_X_   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

## II.    ADDRESSES AND INFORMATION

### A.    PLAINTIFF

Davidson Dondelh

Name (Last, First, MI)
90785-053

Inmate Number
FCI Allenwood Medium

Place of Confinement
P.O. Box. 2000          –

Address
White Deer, PA. 17887

City, County, State, Zip Code


Indicate whether you are a prisoner or other confined person as follows:

___    Pretrial detainee

___    Civilly committed detainee

___    Immigration detainee

___    Convicted and sentenced state prisoner

_X_    Convicted and sentenced federal prisoner


### B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.    If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:  United States

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 2:  Retired Dr. David J. Ball

_____
Name (Last, First)
        Address Unknown
_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 3:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 4:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code


Defendant 5:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

**III.    STATEMENT OF FACTS**

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

   A.    Describe where and when the events giving rise to your claim(s) arose.

   This occurred in FCI Allenwood Medium Block 3A Hanicap shower
on 4-2-20. While going to take a shower I slip and fell then I
felt my bone moving in right ankle with sharp stabbing pain.

   B.    On what date did the events giving rise to your claim(s) occur?

   On. 4-2-20

   C.    What are the facts underlying your claim(s)? (For example:  What happened to you?
        Who did what?)
   Upon felling in Handicap shower after suffering sharp stabbing pain
in right-ankle. I didn't be able to see medical staff until 14 hours
later from the incident on 4-2-20. Thereafter X-Ray shown I broke my
right ankle in two places that resulted to bi-malleolar fracture.
Surgery was perform on April 17, 2020 by Dr. Ball outside contractor
at Geisinger Hospital. Furthermore this were the BOP Breach of Care
§ 4042(a)(2) denying proper medical treatment, sanitary condition an
AsPlaintiff to receive total 4 operation because the bolt kept getti
loose. Which Plaintiff to undergo pain each after recovery. Now this
follow in Carelessness, Recklessness and Negligence as well as Delay
Damages should follow. After receiving operation for one year and st
right ankle is permanent deformity as size of of a Baseball in full
Dimension. Plaintiff further suffer lost of enjoyment.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Plaintiff sustain multiple operation in right ankle and still suffer Deliberate Indifference and Negligence. As Right Ankle is size of baseball in full dimension and was never like this until I receive multiple operation by "United States" Dr. Ball. See(Balter v. United States, No. 3:09-cv-1409, 2014 U.S. Dist. Lexis 48594, 2014 WL 1365905, at *25(MD PA. April 7, 2014);See (McLean v. United States, 2016 U.S. Dist. Lexis 16706(M.D. PA. Feb. 11, 2016)(Credibility Issue); Expert testimony is unnecessary under 1042.3(a)(3); See(Smith v. Friends Hospital, 2007 PA. Super 188, 928 A. 2d 1072, 1074-75(PA Super. ct. 2007)(quoting PA. R. Ci 1042.3). BP-11 #1013563-A5 Exhausted 10-8-21.

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Right-Ankle permanent damage after 4 operation and still deformity then ankle is the size of Baseball full dimension.

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

1.5 Million Dollars.

FCI Allenwood MED.
P.O. Box 2000   3A
White Deer, PA 17887



TO: Clerk of Court
228 Walnut Street
Harrisburg, PA 17101

RECEIVED
HARRISBURG, PA

MAY 20 2022

PER _____
DEPUTY CLERK

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| DONDELL DAVIDSON, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.   1:22-cv-00746 |
| DR. DAVID J. BALL, | ) |
| Defendants | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Dr. David J. Ball

   (Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

Address: 2701 Columbia Blvd Ste-A, Bloomburg, PA 17815-8809

   *(Address of the defendant or - if the defendant is a corporation, partnership, or association - address of an officer or authorized agent)*

### Why are you getting this?

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within   30   days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

### What happens next?

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:     10/20/23

                                 Signature of the attorney or unrepresented party

                                       Printed name

                                       Address

                                       E-mail address

                                       Telephone number

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| DONDELL DAVIDSON,<br>Plaintiff<br>v.<br>DR. DAVID J. BALL,<br>Defendant | )<br>)<br>)  Civil Action No.  1:22-CV-00746<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Dondell Davidson
     (Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          10/20/2023          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

_____
Printed name of party waiving service of summons

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| Dondell Davidson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:22-cv-00746 |
| Dr. David J. Ball | ) | |
| *Defendants* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____          _____
                                          *District Judge's signature*

                                 _____
                                          *Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.