IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONDELL DAVIDSON,** : | | |
| Plaintiff : | No. 1:22-cv-00746 | |
| : | | |
| v. : | (Judge Kane) | |
| : | | |
| **UNITED STATES OF AMERICA, et al.,** : | | |
| Defendants : | | |

# ORDER

**AND NOW**, on this 29th day of September 2025, upon consideration of pro se Plaintiff Dondell Davidson ("Davidson")'s motion to appoint counsel and separately docketed exhibits (Doc. Nos. 39, 40) as well as the record in this matter, and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Davidson's claims against Defendant Dr. David J. Ball ("Dr. Ball") in his complaint (Doc. No. 1) are **DISMISSED WITHOUT PREJUDICE**;

2. Davidson's motion for appointment of counsel (Doc. No. 39) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania